UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK DIVISION

| | | |
|---|---|---|
| VERONICA DOE, | ) | |
| | ) | 2:21-cv-20763 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **PLAINTIFF'S NOTICE OF** |
| | ) | **THIRD-PARTY FUNDING** |
| RUTGERS UNIVERSITY, the State University of New Jersey, & SCOTT STROTHER, in his personal and official capacity, | ) ) ) ) | |
| Defendants. | ) | |

Plaintiff, Veronica Doe ("Ms. Doe"), by and through undersigned counsel, and pursuant to L. Civ. R. 7.1.1(a) hereby informs the Court that there is no third-party funding of this action.

This 30th day of December 2021.                    Respectfully Submitted,

_____
Brian Kent (N.J. Bar No. 041892004 )
Gaetano D'Andrea (*pro hac vice* pending)
LAFFEY BUCCI KENT, LLP
1100 Ludlow Street, Suite 300
Philadelphia, PA  19107
T: 215-399-9255
F: 215-857-0075
BKent@laffeybuccikent.com

Laura L. Dunn, Esq. (*pro hac vice* pending)
L.L. DUNN LAW FIRM, PLLC
1717 K Street NW, Suite 900
Washington D.C. 20006
T: 202-302-4679
F: 202-776-0136
LDunn@lldunnlawfirm.com