# UNITED STATES DISTRICT COURT
# DISTRICT COURT OF NEW JERSEY
NEWARK DIVISION

| | |
|---|---|
| VERONICA DOE<br><br>    Plaintiff,<br><br>vs.<br><br>RUTGERS UNIVERSITY, the State University of New Jersey, & SCOTT STROTHER, in his personal and official capacity,<br>    Defendants. | Civ. No.: 2:21-cv-20763-ES-MAH<br><br>**APPLICATION AND CERTIFICATION OF BRIAN D. KENT, ESQUIRE IN SUPPORT OF THEIR PRO HAC VICE ADMISSION OF CO-COUNSEL** |

BRIAN D. KENT, of full age, hereby certifies as follows:

1. I am a member in good standing of the Bar of the State of New Jersey and admitted to practice before the United States District Court for the District of New Jersey and I am partner with the law firm of Laffey, Bucci & Kent, LLP. I am admitted to practice before the Courts of the State of New Jersey, the Supreme Court of the Commonwealth of Pennsylvania, the Supreme Court of the State of Illinois, United States Third Circuit Court of Appeals, United States District Court of the Eastern District of Pennsylvania, United States District Court of the Middle District of Pennsylvania, United States District Court of the Western District of Pennsylvania.

2. I hereby submit this application by plaintiff to Case 2:21-cv-20763-ES-MAH for an Order permitting Laura L. Dunn, Esquire of the law firm L.L. Dun Law Firm, PLLC to practice *pro hac vice* before the United States District Court for the District of New Jersey on behalf of Plaintiff Jane Doe, parties in interest in these proceedings pursuant to R.101.1(c).

3. In support of this application, the undersigned shall rely upon the Certifications of Brian Dooley Kent, Esquire and Laura L. Dunn, Esquire. A proposed form of Order is also being submitted.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements by me are willfully false, I am subject to punishment.

Respectfully submitted,

LAFFEY, BUCCI, & KENT, LLP

Dated: December 30, 2021

_____
Brian Dooley Kent, Esquire