UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **VERONICA DOE,** : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 21-20763 (ES) (MAH) |
| : | |
| **RUTGERS UNIVERSITY, et al.,** : | |
| : | |
| Defendants. : | **ORDER** |

**THIS MATTER** having come before the Court by way of Plaintiff Veronica Doe's motion for leave to proceed under pseudonym, D.E. 2;

and the Court having considered Plaintiff's submission in support of the motion and the applicable law;

and the Court having received no opposition;

and for good cause shown,

 **IT IS** on this 25th day of January 2022

**ORDERED** that Plaintiff's motion for leave to proceed under pseudonym, D.E. 2, is **GRANTED.**

 */s Michael A. Hammer*
 **Hon. Michael A. Hammer**
 **United States Magistrate Judge**