IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK DIVISION

| | |
|---|---|
| VERONICA DOE, ) | |
| ) | Civil Action No. 21-20763(ES)(MAH) |
| Plaintiff, ) | |
| ) | |
| v. ) | **NOTICE OF CHANGE** |
| ) | **OF CONTACT INFORMATION** |
| RUTGERS UNIVERSITY, the State University ) | |
| of New Jersey, & SCOTT STROTHER, in his ) | |
| personal and official capacity, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Pursuant to Civ. Rule 10.1(a) of this Court's Local Civil and Criminal Rules (Rev. June 24, 2021), undersigned counsel for Plaintiff Veronica Doe hereby provides notice to this Court and the parties of her new office phone number, 202-822-5023, and work email, LLD@LLDunnLaw.com. All other contact information remains the same.

This 25th day of May 2022.

Respectfully Submitted,

_____
Laura L. Dunn, Esq. (*pro hac vice*)
L.L. DUNN LAW FIRM, PLLC
1717 K Street NW, Suite 900
Washington D.C. 20006
T: 202-822-5023
F: 202-776-0136
LLD@LLDunnLaw.com

_____
Brian Kent (N.J. Bar No. 041892004)
Gaetano D'Andrea (*pro hac vice*)
LAFFEY BUCCI KENT, P.C.
1100 Ludlow Street, Suite 300
Philadelphia, PA 19107
T: 215-399-9255
F: 215-857-0075

[BKent@laffeybuccikent.com](mailto:BKent@laffeybuccikent.com)
[GDAndrea@laffeybuccikent.com](mailto:GDAndrea@laffeybuccikent.com)

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on all attorneys of record using the Court's CM/ECF system, which will send notification of such filing to any CM/ECF participants.

Sean R. Kelly (skelly@saiber.com)
Catherine Soliman (csoliman@saiber.com)
SAIBER LLC
18 Columbia Turnpike, Suite 200
Florham Park, New Jersey 07932-2266
(973) 622-3333

*Attorneys for Defendants Rutgers, The State University of New Jersey and Scott Strother*

This 25th day of May 2022.

Respectfully Submitted,

_____
Brian Kent (N.J. Bar No. 041892004)
LAFFEY BUCCI KENT, P.C.
1100 Ludlow Street, Suite 300
Philadelphia, PA 19107
T: 215-399-9255
F: 215-857-0075
BKent@laffeybuccikent.com