UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| VERONICA DOE,<br><br>               Plaintiff,<br>v.<br><br>RUTGERS UNIVERSITY et al.,<br><br>               Defendants. | Civil Action No. 21-20763 (EP) (MAH)<br><br>ORDER |

**THIS MATTER** having come before the Court by way of Defendants' October 12, 2022 letter, seeking a Protective Order with respect to two third-party subpoenas Plaintiff wishes to serve on non-parties James Moore and T.D., seeking to depose and obtain records from them [Defs.' Letter Request for Protective Order, October 12, 2022, D.E. 46];

and it appearing that Plaintiff opposes the Motion [Opp'n to Pl.'s Letter Request, October 19, 2022, D.E. 49];

and the Court having considered the parties' arguments, the law, and the record;

and for the reasons set forth in this Court's Opinion on the record on October 25, 2022;[1]

and for good cause shown:

**IT IS on this 25th day of October 2022,**

**ORDERED THAT** Defendants' request for a Protective Order as to non-party James Moore is **granted**; and it is further

---

[1] The parties may obtain a copy of the transcript of the Court's Opinion by calling King Transcription, (973) 237-6080, and providing the name of the case, the docket number, and the date of the Opinion.

**ORDERED THAT** Defendants' request for a Protective Order as to non-party T.D. is **denied**. In accordance with the Revised Pretrial Scheduling Order issued by the Court on May 10, 2022 [D.E. 26], Plaintiff shall complete the deposition of non-party T.D. by or before **January 20, 2023**.

s/ *Michael A. Hammer*
**Hon. Michael A. Hammer**
**United States Magistrate Judge**