**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

---

VERONICA DOE,

                Plaintiff,

      v.

RUTGERS UNIVERSITY et al.,

                Defendants.

---

Civil Action No. 21-20763 (EP) (MAH)

**AMENDED SCHEDULING ORDER**

       **THIS MATTER** having come before the Court by way of the parties' March 3, 2023 Letter, D.E. 62, seeking to amend the Amended Scheduling Order dated February 9, 2023, D.E. 60; and for good cause shown:

       **IT IS on this 6th day of March 2023,**

       **ORDERED THAT:**

       1.     Fact discovery shall remain open through **March 14, 2023.**  No discovery is to be issued or engaged in beyond that date, except upon application and for good cause shown.

       2.     Depositions of fact witnesses and individuals who will give lay opinion testimony based on particular competence in an area (including but not limited to treating physicians) are to be completed by **March 14, 2023**.  No objections to questions posed at depositions shall be made other than as to lack of foundation, form or privilege.  See Fed. R. Civ. P. 32(d)(3)(A).  No instruction not to answer shall be given unless a privilege is implicated.

If an unresolved dispute arises at a deposition, then the parties **must** contact the Chambers of the Undersigned for assistance during the deposition.  Failure to contact Chambers for intervention before adjourning that deposition may constitute waiver of the right to seek relief from the Court.

       3.     All affirmative expert reports shall be delivered by **March 28, 2023.**  Any such report is to be in the form and content as required by Fed. R. Civ. P. 26(a)(2)(B).

       4.     All responding expert reports shall be delivered by **April 28, 2023.**  Any such report shall be in the form and content as described above.

       5.     Expert discovery, including the depositions of any expert witnesses, shall be completed on or before **May 28, 2023.**  No expert shall testify at trial as to any opinions or base those opinions on facts not substantially disclosed in their report.

6.      The in-person settlement conference set for **March 8, 2023, at 11:00 a.m.** shall proceed as scheduled.  In addition to counsel of record, clients or their representatives with full and complete authority to resolve all aspects of this matter must appear and be present for the conference.

*s/ Michael A. Hammer*_____
**Hon. Michael A. Hammer**
**United States Magistrate Judge**
