

L.L. DUNN LAW FIRM, PLLC

1717 K STREET NW, SUITE 900, WASHINGTON, DC 20006-5349
OFFICE: 202-822-5023 • FAX: 202-776-0136

March 24, 2023

<u>**Submitted via ECF**</u>
Honorable Michael A. Hammer, U.S.M.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ  07101

Re:   Request to Change Scheduling Order
     *Doe v. Rutgers*, et al., Civil Action No. 21-20763 (D. N.J.)

Dear Judge Hammer,

On behalf of Plaintiff Veronica Doe, and with the consent of counsel for Defendants Rutgers University and Scott Strother, we respectfully request modifications to the Amended Scheduling Order (ECF No. 63).

The parties are working in good faith to complete expert discovery and have agreed to accommodate one of Plaintiff's experts, Dr. Lama Bazzi, by allowing her alone to submit an expert report on April 7, 2023, rather than on March 28, 2023.  In exchange, Plaintiff has agreed that Defendants' responding expert to Dr. Bazzi can likewise extend their expert report deadline from April 28, 2023, to May 8, 2023, and that expert deposition deadlines should be extended from Monday, May 29, 2023, to June 8, 2023.

We thank the Court for its consideration of this request.  If the Court has any questions for counsel, we are available to respond at the Court's convenience.

    Respectfully Submitted,

    s/Laura L. Dunn
    Laura L. Dunn, Esq. (*pro hac vice*)
    L.L. DUNN LAW FIRM, PLLC
    1717 K Street NW, Suite 900
    Washington D.C. 20006
    T: 202-822-5023
    F: 202-776-0136
    LLD@LLDunnLaw.com

    s/Brian D. Kent
    Brian D. Kent (N.J. Bar No. 041892004)
    Gaetano D'Andrea (*pro hac vice*)
    LAFFEY BUCCI KENT, P.C.
    1100 Ludlow Street, Suite 300

Joint Request to Change Scheduling Order
March 22, 2023
Page 2

                                                Philadelphia, PA  19107
                                                T: 215-399-9255
                                                F: 215-857-0075
                                                BKent@laffeybuccikent.com
                                                GDAndrea@laffeybuccikent.com

cc:	Counsel of Record (via ECF)