

BRIAN D. KENT, ESQUIRE
DIRECT DIAL: (215) 399-9255
E-MAIL: cvgdteam@laffeybuccikent.com

March 27, 2023

**Submitted via ECF**
Hon. Michael A. Hammer, U.S.M.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

      RE:    *Corrected Filing – Request to Change Scheduling Order*
              *Doe v. Rutgers*, et al., Civil Action No. 21-20763 (D. N.J.)

Dear Hon. Judge Hammer:

    Please find enclosed a corrected proposed order, to substitute for the proposed order filed on March 24, 2023 under docket No. 64-1.

    Thank you for your attention to this matter. Please contact our office if you have any questions or concerns.

                                       Very Truly Yours,

                                       **LAFFEY, BUCCI, & KENT, LLP**

                                       s/Brian D. Kent_____
                                       Brian D. Kent (N.J. Bar No. 041892004)
                                       Gaetano D'Andrea (pro hac vice)
                                       LAFFEY BUCCI KENT, LLC
                                       1100 Ludlow Street, Suite 300
                                       Philadelphia, PA 19107
                                       T: 215-399-9255
                                       F: 215-857-0075
                                       BKent@laffeybuccikent.com
                                     GDAndrea@laffeybuccikent.com

                                   s/Laura L. Dunn_____
                                   Laura L. Dunn, Esq. (pro hac vice)
                                   L.L. DUNN LAW FIRM, PLLC



1717 K Street NW, Suite 900  
Washington D.C. 20006  
T: 202-822-5023  
F: 202-776-0136  
LLD@LLDunnLaw.com

Enc:  Corrected Proposed Order

Cc: All Counsel of Record via ECF