# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| VERONICA DOE, | ) |
| | ) 2:21-cv-20763-ES-MAH |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) **AMENDED SCHEDULING** |
| RUTGERS UNIVERSITY, the State University of New Jersey, & SCOTT STROTHER, in his personal and official capacity, | ) **ORDER** |
| | ) |
| Defendants. | ) |

**THIS MATTER** having come before the Court by way of the parties' March 24, 2023 Letter requesting modifications to the Amended Scheduling Order (ECF No. 63). Based upon the parties' agreement and efforts to work in good faith to complete expert discovery, the request to modify the Amended Scheduling Order (ECF No. 63) will be granted.

Plaintiff's expert, Dr. Lama Bazzi, is given accommodation to submit an expert report on April 7, 2023, rather than on March 28, 2023. Defendants' responding expert to Dr. Bazzi can likewise extend their expert report deadline from April 28, 2023, to May 8, 2023. Expert deposition deadlines are extended from May 29, 2023 to June 8, 2023.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

**SO ORDERED**.

_____
United States Magistrate Judge
United States District Court for the
District of New Jersey

3/28/2023