

**Sean R. Kelly**
973.645.4801
skelly@saiber.com

July 18, 2023

**VIA ECF**
Honorable Michael A. Hammer, U.S.M.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

  Re: *Veronica Doe v. Rutgers University, et al.*
     Civil Action No. 21-20763 (EP) (MAH)
     **Joint Letter as required per Text Order of July 12, 2023 (ECF No. 87)**

Dear Judge Hammer:

  Following the telephonic Case Management Conference on July 12, 2023, Your Honor scheduled a settlement conference for November 8, 2023. During the conference, Your Honor directed that Plaintiff could attend the settlement conference virtually. As to the participation of counsel at the settlement conference, Your Honor directed the parties to "file a joint letter indicating whether the settlement conference shall proceed via Zoom, in-person, or hybrid."

  Counsel for both sides request to participate at the settlement conference <u>in-person</u>.

  We look forward to the conference.

                Respectfully,

                *s/ Sean R. Kelly*

                SEAN R. KELLY

Cc: All counsel (via ECF & email)

{01684703.DOCX }