

**SEAN R. KELLY**
973.645.4801
SKelly@Saiber.com

November 13, 2023

**VIA ECF**
Honorable Michael A. Hammer, U.S.M.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

> Re:   ***Veronica Doe v. Rutgers, et al.***
> **Civil Action No. 21-20763 (EP) (MAH)**

Dear Judge Hammer:

Our firm represents Defendants Rutgers, The State University of New Jersey, and Scott Strother (collectively, "Defendants") in this matter. We write to respectfully request an adjournment of the settlement conference that was rescheduled for December 15, 2023. Plaintiff consents to this request.

Good cause exists for the requested adjournment. The settlement conference was originally scheduled for November 8, 2023. (EFC Nos. 87, 89, 90). The Court entered a Text Order on November 6, 2023, rescheduling the settlement conference to December 15, 2023. (EFC No. 91). Defendants are not available to attend the settlement conference on December 15, 2023. Since Defendants are required to attend in-person, we respectfully request that the settlement conference be rescheduled to allow them to attend.

The parties have conferred and are available on December 20, 2023, at a time that is convenient for the Court.

We thank the Court for its consideration and assistance. Naturally, if the Court has any questions, we are available to respond at the Court's convenience.

Respectfully submitted,

*s/ Sean R. Kelly*

SEAN R. KELLY

cc:     Counsel of Record (via ECF)