L.L. DUNN LAW FIRM, PLLC

December 6, 2023

**_Submitted via ECF_**
Honorable Michael A. Hammer, U.S.M.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ  07101

Re:   Joint Request to Cancel Judicial Settlement Conference
      *Doe v. Rutgers*, et al., Civil Action No. 21-20763 (D. N.J.)

Dear Judge Hammer,

On behalf of Plaintiff Veronica Doe, and without objection by counsel for Defendants Rutgers University and Scott Strother, we respectfully request that this Court cancel the judicial settlement conference currently scheduled for February 26, 2024 (ECF No. 93).  The Parties have tried in good faith to resolve this matter but do not believe the Court's intervention will be productive at this time.

On behalf of both parties, counsel requests that this Court set a summary judgment deadline of Friday, February 2, 2024.

We thank the Court for its consideration of our joint request, and we are available to respond to any questions or concerns at the Court's convenience.

Respectfully Submitted,

s/Laura L. Dunn
Laura L. Dunn, Esq. (*pro hac vice*)
L.L. DUNN LAW FIRM, PLLC
1717 K Street NW, Suite 900
Washington D.C. 20006
T: 202-822-5023
F: 202-776-0136
LLD@LLDunnLaw.com

s/Brian D. Kent
Brian D. Kent (N.J. Bar No. 041892004)
Gaetano D'Andrea (*pro hac vice*)
Michael McFarland (N.J. Bar No. 212292016)
LAFFEY BUCCI KENT, P.C.
1100 Ludlow Street, Suite 300
Philadelphia, PA  19107

Request to Cancel Judicial Conference
12/06/2023
Page 2

T: 215-399-9255
F: 215-857-0075
BKent@laffeybuccikent.com
GDAndrea@laffeybuccikent.com
mmcfarland@laffeybuccikent.com

cc: Counsel of Record (via ECF)