

L.L. DUNN LAW FIRM, PLLC

March 22, 2024

<u>**Submitted via ECF**</u>
Honorable Michael A. Hammer, U.S.M.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

      Re:    **Request to Amend Summary Judgment Deadlines**
               *Doe v. Rutgers*, et al., Civil Action No. 21-20763 (D. N.J.)

Dear Judge Hammer,

      On behalf of Plaintiff Veronica Doe, and in agreement with Defendants Rutgers University and Scott Strother, we respectfully request that this Court amend the summary judgment deadlines (ECF No. 100) by one week each for good cause shown. Specifically, Plaintiff's lead counsel suffered severe illness last week requiring urgent medical care and is now recovered to resume work.

- The parties are to serve (but not file) their motions for summary judgment by <u>April 12, 2024</u>.

- The parties are to serve (but not file) their opposition papers by <u>May 10, 2024</u>.

- The parties are to serve (but not file) their reply papers by <u>May 31, 2024</u>.

- Plaintiff shall electronically file all papers in support of and in opposition to her motion for summary judgment by <u>June 7, 2024</u>.

- Defendants shall electronically file all papers in support of and in opposition to their motion for summary judgment by <u>June 7, 2024</u>.

      We thank the Court for its consideration of our joint request, and we are available to respond to any questions or concerns at the Court's convenience.

                                            Respectfully Submitted,

                                            <u>s/Laura L. Dunn</u>
                                            Laura L. Dunn, Esq. (*pro hac vice*)
                                            L.L. DUNN LAW FIRM, PLLC
                                            1717 K Street NW, Suite 900
                                            Washington, DC 20006
                                            T: 202-822-5023
                                            F: 202-776-0136
                                            <u>LLD@LLDunnLaw.com</u>

        s/Brian D. Kent
Brian D. Kent (N.J. Bar No. 041892004)
Gaetano D'Andrea (*pro hac vice*)
Michael McFarland (N.J. Bar No. 212292016)
LAFFEY BUCCI KENT, P.C.
1100 Ludlow Street, Suite 300
Philadelphia, PA  19107
T: 215-399-9255
F: 215-857-0075
BKent@laffeybuccikent.com
GDAndrea@laffeybuccikent.com
mmcfarland@laffeybuccikent.com

cc: Counsel of Record (via ECF)