

## L.L. DUNN LAW FIRM, PLLC

March 22, 2024

**_Submitted via ECF_**
Honorable Michael A. Hammer, U.S.M.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

      Re:    **Request to Amend Summary Judgment Deadlines**
                *Doe v. Rutgers*, et al., Civil Action No. 21-20763 (D. N.J.)

Dear Judge Hammer,

      On behalf of Plaintiff Veronica Doe, and in agreement with Defendants Rutgers University and Scott Strother, we respectfully request that this Court amend the summary judgment deadlines (ECF No. 100) by one week each for good cause shown. Specifically, Plaintiff's lead counsel suffered severe illness last week requiring urgent medical care and is now recovered to resume work.

- The parties are to serve (but not file) their motions for summary judgment by April 12, 2024.

- The parties are to serve (but not file) their opposition papers by May 10, 2024.

- The parties are to serve (but not file) their reply papers by May 31, 2024.

- Plaintiff shall electronically file all papers in support of and in opposition to her motion for summary judgment by June 7, 2024.

- Defendants shall electronically file all papers in support of and in opposition to their motion for summary judgment by June 7, 2024.

      We thank the Court for its consideration of our joint request, and we are available to respond to any questions or concerns at the Court's convenience.

                                      Respectfully Submitted,

                                      s/Laura L. Dunn
                                      Laura L. Dunn, Esq. (*pro hac vice*)
                                      L.L. DUNN LAW FIRM, PLLC
                                      1717 K Street NW, Suite 900
                                      Washington, DC 20006
                                      T: 202-822-5023
                                      F: 202-776-0136
                                      LLD@LLDunnLaw.com

1717 K STREET, NW
SUITE 900
WASHINGTON, DC
20006-5349

745 FIFTH AVENUE
SUITE 500
NEW YORK, NY
10151-0099

OFFICE: 202-822-5023
FAX: 202-776-0136

www.LLDunnLaw.com
@LauraLDunnJD

Request to Amend Summary Judgment Deadlines
March 22, 2024
Page 2

                                  s/Brian D. Kent
                                  Brian D. Kent (N.J. Bar No. 041892004)
                                  Gaetano D'Andrea (*pro hac vice*)
                                  Michael McFarland (N.J. Bar No. 212292016)
                                  LAFFEY BUCCI KENT, P.C.
                                  1100 Ludlow Street, Suite 300
                                  Philadelphia, PA 19107
                                  T: 215-399-9255
                                  F: 215-857-0075
                                  BKent@laffeybuccikent.com
                                  GDAndrea@laffeybuccikent.com
                                  mmcfarland@laffeybuccikent.com

cc:     Counsel of Record (via ECF)


                                            **SO ORDERED**

                                            *s/Michael A. Hammer*
                                            Michael A. Hammer, U.S.M.J.
                                            Date: 3/25/2024