**LAFFEY BUCCI**
**D'ANDREA REICH & RYAN**

GAETANO A. D'ANDREA, ESQ.
MICHAEL J. MCFARLAND, ESQ.
*Phone: 215-399-9255*
*Email:* cvgdteam@laffeybucci.com
*We are a paperless office, reply to listed email*

June 27, 2024

**Via Electronic Filing:**
Honorable Evelyn Padin, U.S.D.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Newark
New Jersey 07101

  Re: *Veronica Doe v. Rutgers,* **et al.**, *Civil Action No. 21-20763 (EP) (MAH)*

Dear Judge Padin:

  On behalf of Plaintiff Veronica Doe, we respectfully submit Plaintiff's Brief in Support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment, including Plaintiff's Responses to Defendant's Statement of Material Facts Pursuant to L. Civ. R. 56.1 and supporting Exhibit 1.

  Plaintiff submits her opposition brief out of an abundance of caution as Defendants have not included these documents in their June 27, 2024, Motion for Summary Judgment filing. This disagreement in filing procedures is expanded upon in the parties' joint letter to the court submitted on June 27, 2024 (ECF No. 109).

  Thank you for your time and consideration in this matter.

              Very Truly Yours,

              */s/ Michael J. McFarland*
              GAETANO A. D'ANDREA, ESQ.
              MICHAEL J. MCFARLAND, ESQ.
              Email: cvgdteam@laffeybucci.com

*Enc.*
  *Plaintiff's Brief in Support of Plaintiff's Opposition*
  *Plaintiff's Responses to Defendant's Statement of Material Facts*
  *Exhibit 1.*