# EXHIBIT 1

Fwd: Tomasz dulian

**From:** pegis70@aol.com,
**To:** suetani@aol.com,
**Subject:** Fwd: Tomasz dulian
**Date:** Fri, Jul 31, 2020 10:22 am

Sent from my iPhone

Begin forwarded message:

> **From:** pegis70@aol.com
> **Date:** July 30, 2020 at 9:54:39 AM EDT
> **To:** "scott.strother@rutgers.edu" <scott.strother@rutgers.edu>
> **Subject: Re: Tomasz dulian**
> **Reply-To:** pegis70@aol.com
>
> Ill be in the office friday and will do so
>
> -----Original Message-----
> From: Scott Strother <scott.strother@rutgers.edu>
> To: pegis70 <pegis70@aol.com>
> Sent: Thu, Jul 30, 2020 8:31 am
> Subject: RE: Tomasz dulian
>
> Good morning Mr. Cheser,
>
> Can you forward me a copy of the letter of representation; as well as, your position with respect to presenting your client to be interviewed by an Investigator at Rutgers University-Newark. Thank you.
>
> Scott C. Strother, Ed.D, M.A.
> Director of Title IX and ADA Compliance
> Title IX Coordinator
> Campus Ombudsman for Student Related Matters
> Rutgers University – Newark
> Paul Robeson Campus Center
> 350 Dr. Martin Luther King Jr. Blvd.
> Room 316 A
> Newark, NJ 07102
> P. (973)353-1906
> E. scott.strother@rutgers.edu
> Pronouns: He, Him, His
>
> CONFIDENTIALITY NOTICE: This email communication may contain private, confidential, or legally privileged information intended for the sole use of the designated and/or duly authorized recipient(s). If you are not the intended recipient or have received this email in error, please notify the sender immediately by email and permanently delete all copies of this email including all attachments without reading them. If you are the intended recipient, secure the contents in a manner that conforms to all applicable state and/or federal requirements related to privacy and confidentiality of such information.
>
> -----Original Message-----
> From: pegis70 <pegis70@aol.com>
> Sent: Wednesday, July 29, 2020 3:50 PM

7/31/2020

Fwd: Tomasz dulian

To: Scott Strother <scott.strother@rutgers.edu>
Subject: Re: Tomasz dulian

I contacted both offices.

Sent from my iPhone

> On Jul 28, 2020, at 4:56 PM, pegis70 <pegis70@aol.com> wrote:
>
> Yes sir but I am out of the office right now I'll try to get it to you tomorrow. Do you have the tapes from the dorm? That was a big point when I spoke to your colleague.
> Mark
>
> Sent from my iPhone
>
>> On Jul 28, 2020, at 4:50 PM, Scott Strother <scott.strother@rutgers.edu> wrote:
>>
>> Good afternoon Mr. Chester,
>>
>> I am the Title IX Coordinator at Rutgers University-Newark. I believe you may have sent your letter of representation to NJIT. Can you forward me a copy of the letter for my records. All future correspondence will be directed to you.
>>
>> Scott C. Strother, Ed.D, M.A.
>> Director of Title IX and ADA Compliance Title IX Coordinator Campus
>> Ombudsman for Student Related Matters Rutgers University - Newark
>> Paul Robeson Campus Center
>> 350 Dr. Martin Luther King Jr. Blvd.
>> Room 316 A
>> Newark, NJ 07102
>> P. (973)353-1906
>> E. scott.strother@rutgers.edu
>> Pronouns: He, Him, His
>>
>> CONFIDENTIALITY NOTICE:  This email communication may contain private, confidential, or legally privileged information intended for the sole use of the designated and/or duly authorized recipient(s). If you are not the intended recipient or have received this email in error, please notify the sender immediately by email and permanently delete all copies of this email including all attachments without reading them. If you are the intended recipient, secure the contents in a manner that conforms to all applicable state and/or federal requirements related to privacy and confidentiality of such information.
>>
>>
>>
>> -----Original Message-----
>> From: pegis70 <pegis70@aol.com>
>> Sent: Tuesday, July 28, 2020 4:47 PM
>> To: Scott Strother <scott.strother@rutgers.edu>
>> Subject: Tomasz dulian
>>
>> I represent Tomasz in this matter please contact me at this e-mail. My letter of representation must be in your file.
>> Mark Cheser
>>
>> Sent from my iPhone