IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK DIVISION

| | |
|---|---|
| VERONICA DOE, | ) |
| | ) Civil Action No. 21-20763(ES)(MAH) |
| Plaintiff, | ) |
| | ) |
| v. | ) **MOTION TO WITHDRAW** |
| | ) **AS COUNSEL** |
| RUTGERS UNIVERSITY, the State University of New Jersey, & SCOTT STROTHER, in his personal and official capacity, | ) ) ) ) |
| | ) |
| Defendants. | ) |
| | ) |

COMES NOW Laura L. Dunn of L.L. Dunn Law Firm, PLLC, who appeared *pro hac vice*, moving to withdraw as counsel for Plaintiff Veronica Doe due to the recent sale and subsequent dissolution of her law practice in 2024.

1. In support, pursuant to Civ. R. 102.1, Ms. Dunn notes local counsel at Laffey Bucci D'Andrea Reich & Ryan, LLP (formerly Laffey Bucci Kent, LLP) remains counsel to Plaintiff, and Ms. Dunn will consult with local counsel as needed.

2. Client has consented to Ms. Dunn withdrawing as her counsel and instead consulting with local counsel as needed moving forward.

3. Finally, this action has pending summary judgment motions before the Court that may resolve the case in full or in part without the need for trial.

Based on the foregoing, Ms. Dunn asks this Court to grant this Motion.

This 30th day of December 2024.     Respectfully Submitted,

 s/ Laura L. Dunn
Laura L. Dunn, Esq. (*pro hac vice*)
L.L. DUNN LAW FIRM, PLLC
745 Fifth Avenue, Suite 500
New York, NY 10151-0099
T: 646-864-6506
F: 212-207-3111
LLD@LLDunnLaw.com

 s/ Michael J. McFarland
Michael J. McFarland (N.J. Bar No. 212292016)
Gaetano D'Andrea (*pro hac vice*)
LAFFEY BUCCI D'ANDREA REICH & RYAN, LLP
1100 Ludlow Street, Suite 300
Philadelphia, PA  19107
T: 215-399-9255
F: 215-857-0075
MMcfarland@laffeybucci.com
CVGDTeam@laffeybucci.com

*Counsel for Plaintiff Veronica Doe*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was served on all attorneys of record using the Court's CM/ECF system, which will send notification of such filing to any CM/ECF participants.

William Maderer (wmaderer@saiber.com)
Vincent Cirilli (vcirilli@saiber.com)
SAIBER LLC 18 Columbia Turnpike, Suite 200
Florham Park, New Jersey 07932-2266
(973) 622-3333

*Attorneys for Defendant Rutgers and Scott Strother*

This 30th day of December 2024.   Respectfully Submitted,

 s/ Michael J. McFarland
Michael J. McFarland (N.J. Bar No. 212292016)
Gaetano D'Andrea (*pro hac vice*)
LAFFEY BUCCI D'ANDREA REICH & RYAN, LLP
1100 Ludlow Street, Suite 300
Philadelphia, PA  19107
T: 215-399-9255
F: 215-857-0075
MMcfarland@laffeybucci.com
CVGDTeam@laffeybucci.com

*Counsel for Plaintiff Veronica Doe*