NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

VERONICA DOE,

    Plaintiff,

    v.

RUTGERS UNIVERSITY and SCOTT STROTHER,

    Defendants.

No. 21cv20763 (EP) (MAH)

**ORDER**

---

Defendants having moved for summary judgment, D.E. 107, and Plaintiff having cross-moved for summary judgment, D.E. 108, and the Court having reviewed the parties' submissions and all other relevant items on the docket, and having determined that oral argument is not necessary,

**IT IS**, on this **11th** day of March, 2025, for the reasons set forth in the accompanying Opinion,

**ORDERED** that Plaintiff's motion for summary judgment, D.E. 108, is **DENIED**; and it is further

**ORDERED** that Defendants' motion for summary judgment, D.E. 107, is **DENIED in part** and **GRANTED in part**; and it is further

**ORDERED** that Count IV is **DISMISSED**; and it is finally

**ORDERED** that Plaintiff may not recover non-pecuniary damages on the remaining counts, Counts I-III.

Evelyn Padin, U.S.D.J.