

**Vincent C. Cirilli**
**973.622.3333**
**vcirilli@saiber.com**

August 14, 2025

**VIA ECF**
Honorable Michael A. Hammer, U.S.M.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

      **Re:**    *Veronica Doe v. Rutgers University, et al.*
               <u>Civil Action No. 21-20763 (EP) (MAH)</u>

Dear Judge Hammer:

On behalf of Defendant Rutgers University, we write to briefly respond to Plaintiff Veronica Doe's request to participate in the settlement conference scheduled for August 25, 2025 remotely. (ECF No. 118). Rutgers takes no position on Plaintiff's request and further advises that Rutgers' General Counsel, William Castner, will be attending the settlement conference in person as ordered by the Court.

We thank the Court for its assistance.

                            Respectfully submitted,

                            VINCENT C. CIRILLI